AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 18 U.S.C. § 662 – Receiving stolen property within special maritime and territorial jurisdiction (Class A Misdemeanor)
Count Two: 36 CFR § 1002.30(a)(1) - Misappropriation of Property (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:   Count One: Max. 1 year imprisonment, Max. $100,000 fine, Max. 1 year supervised release, Max. 5 years probation; $25 mandatory special assessment fee.
Count Two: Max 6 months imprisonment, Max. $5000 fine, Max. 5 years probation, $10 mandatory special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ JASON LIVAI

DISTRICT COURT NUMBER
CR 18  297 MAG

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

FILED
JUL - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
☒ Has not been arrested, pending outcome this proceeding.
   1) If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DENISE M. OKI

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Email: denise.oki@usdoj.gov

Attorneys for United States of America

**FILED**
JUL - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON LIVAI, <br><br> Defendant. | CASE NO. CR 18 297 MAG <br><br> VIOLATIONS: <br><br> 18 U.S.C. § 662 – Receiving Stolen Property within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor; <br> 36 C.F.R. § 1002.30(a)(1) – Misappropriation of Property (Class B Misdemeanor) <br><br> SAN FRANCISCO VENUE |

INFORMATION

The Acting United States Attorney charges:

COUNT ONE: (18 U.S.C. § 662 – Receiving Stolen Property with Special Maritime and Territorial Jurisdiction)

    On or about November 6, 2016, in the Northern District of California, the defendant,

INFORMATION

JASON LIVAI,

bought, received, and concealed property, to wit, two money orders and fifty-two personal checks made out to D.C., the total value of which exceeds $1,000, which had been feloniously taken, stolen, and embezzled, from any other person, knowing the same to have been so taken, stolen, and embezzled, in violation of Title 18, United States Code, Section 662.

COUNT TWO: (36 C.F.R. § 1002.30(a)(2) – Misappropriation of Property)

On or about November 6, 2016, in the Northern District of California, the defendant,

JASON LIVAI,

obtained property and services offered for sale and compensation, to wit, one pair of Prana brand jeans and two pairs of Giro brand gloves from the Sports Basement, without making payment and offer to pay, in violation of Title 36, Code of Federal Regulation, Section 1002.30(a)(2).

DATED: 7/6/2018

ALEX G. TSE
Acting United States Attorney

LAURA VARTAIN
Deputy Chief, General Crimes

(Approved as to form: /s/ Denise Oki )
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION